UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH & WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
ORGANIZING FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
SUPPLEMENTAL PENSION FUND, and
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,

    Plaintiffs,

      vs.      Case No. 10-CV-101

ACE PLUMBING & HEATING SUPPLY, INC.,

    Defendant.

---

ENTRY OF DEFAULT OF
DEFENDANT ACE PLUMBING & HEATING SUPPLY, INC.

---

The Clerk of Court for the U.S. District Court for the Western District of Wisconsin having noted that the defendant in the above-captioned matter, Ace Plumbing & Heating Supply, Inc., has failed to plead or otherwise defend as provided under the Federal Rules of Civil Procedure, and that fact having been made to appear by the affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant Ace Plumbing & Heating Supply, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 16 day of June, 2010.

            By: _____, Deputy Clerk
            Clerk of Court