UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH & WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
ORGANIZING FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
SUPPLEMENTAL PENSION FUND, and
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,

        Plaintiffs,

        vs.        Case No. 10-CV-101

ACE PLUMBING & HEATING SUPPLY, INC.,

        Defendant.

---

ORDER FOR JUDGMENT

---

Upon the records, files and proceedings herein,

**IT IS HEREBY ORDERED** that judgment in the amount of $38,325.31 be entered against Defendant Ace Plumbing & Heating Supply, Inc. and in favor of the above-captioned Plaintiffs, Plumbers & Steamfitters Local No. 434 Health & Welfare Fund, Plumbers & Steamfitters Local No. 434 Union Assessment Fund, Plumbers & Steamfitters Local No. 434 Education Fund, Plumbers & Steamfitters Local No. 434 Organizing Fund, Plumbers & Steamfitters Local No. 434 Industry Fund, Plumbers &

REINHART\3705850

Steamfitters Local No. 434 Supplemental Pension Fund, and Plumbers & Pipefitters National Pension Fund.

Dated this 21st day of July, 2010.

BY THE COURT:

_____
Judge, United States District Court