UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH & WELFARE FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
UNION ASSESSMENT FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
EDUCATION FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
ORGANIZING FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
INDUSTRY FUND,
PLUMBERS & STEAMFITTERS LOCAL NO. 434
SUPPLEMENTAL PENSION FUND, and
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,

        Plaintiffs,

vs.        Case No. 10-CV-101

ACE PLUMBING & HEATING SUPPLY, INC.,

        Defendant.

ENTRY OF JUDGMENT
ON THE DECISION BY THE COURT

This action having come on for hearing before the court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 55 of the Federal Rules of Civil Procedure that:

Judgment should be entered on behalf of the plaintiffs, Plumbers & Steamfitters Local No. 434 Health & Welfare Fund, Plumbers & Steamfitters Local No. 434 Union Assessment

Fund, Plumbers & Steamfitters Local No. 434 Education Fund, Plumbers & Steamfitters Local No. 434 Organizing Fund, Plumbers & Steamfitters Local No. 434 Industry Fund, Plumbers & Steamfitters Local No. 434 Supplemental Pension Fund, and Plumbers & Pipefitters National Pension Fund (collectively 'the Funds"), and against Ace Plumbing & Heating Supply, Inc. for damages, representing delinquent contributions, interest, liquidated damages, attorney fees and costs to date in the sum of $38,325.31 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin this 22d day of July, 2010.

*Peter Oppeneer*
BY THE CLERK

_____
BY THE DEPUTY CLERK

Approved as to form this 21st day of July, 2010.

*[signature]*
U.S. DISTRICT COURT JUDGE